DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEPHEN M. ROBINS, M.D.,**
Appellant,

v.

**FLORIDA VISION INSTITUTE, INC.** and **EYECARE SERVICES PARTNERS MANAGEMENT LLC,**
Appellees.

No. 4D2023-2044

[April 11, 2024]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Bradley Gerard Harper, Judge; L.T. Case No. 502018CA008216XXXXMB.

Richard H. Levenstein and Terry E. Resk of Nason, Yeager, Gerson, Harris & Fumero, P.A., Palm Beach Gardens, for appellant.

Bruce E. Loren, Frank Sardinha, III, and Lucia E. DeFilippo of Loren & Kean Law, Palm Beach Gardens, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, MAY and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***